IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Criminal Action No. 03-CR-00214-WM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3. EMILIO HERRERA-MACIAS,

    Defendant.

**MINUTE ORDER**
_____

    The following Minute Order is entered by Judge Walker D. Miller:

    Hearing on modification of supervised release will be held **November 10, 2008, at 1:30 p.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.

    No person will be allowed to enter the courthouse without valid state or government photo identification.

Dated: September 4, 2008

                                            s/Jane Trexler, Judicial Assistant