IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Criminal Action No. 03-CR-00214-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3.  EMILIO HERRERA-MACIAS,

    Defendant.

**MINUTE ORDER**
_____

    The following Minute Order is entered by Judge Walker D. Miller:

    The motion to continue hearing will be granted upon rescheduling.

Dated:  January 6, 2010

                                              s/Jane Trexler, Judicial Assistant