IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Criminal Action No. 03-CR-00214-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3. EMILIO HERRERA-MACIAS,

    Defendant.

## MINUTE ORDER
_____

    The following Minute Order is entered by Judge Walker D. Miller:

    The supervised release violation hearing is rescheduled to **May 19, 2010, at 10:00 a.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.

Dated: March 30, 2010

                                                    s/Jane Trexler, Judicial Assistant