IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Criminal Action No. 03-CR-00214-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3. EMILIO HERRERA-MACIAS,

    Defendant.

## MINUTE ORDER
_____

    The following Minute Order is entered by Judge Walker D. Miller:

Due to a conflict in a witness' schedule, the supervised release violation hearing is again rescheduled to **July 7, 2010, at 9:00 a.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.

Dated: May 24, 2010

                                          s/Jane Trexler, Judicial Assistant